UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MACLEAN TOWNHOMES, LLC, A Washington limited liability company, as assignee of American Heritage Builders, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER OAK FIRE INSURANCE CO., a foreign insurance company,<br><br>    Defendant and Third-Party Plaintiff,<br><br>FIRST SPECIALTY INSURANCE COMPANY, a foreign insurance company,<br><br>    Third-Party Defendant. | No. CV-06-1093-BHS<br><br>**STIPULATION AND ORDER EXTENDING FILING DEADLINE FOR FIRST SPECIALTY'S DISPOSITIVE MOTION**<br><br>**NOTE ON MOTION CALENDAR**<br>**June 12, 2008** |

## I.     STIPULATION

The parties hereto, through their respective counsel, stipulate and agree that Third Party Defendant First Specialty Insurance Company may file its motion for summary judgment to

**STIPULATION AND ORDER EXTENDING**
**FILING DEADLINE FOR FIRST SPECIALTY'S**
**DISPOSITIVE MOTION - 1**
**U.S.D.C. W.D. No.: CV 06-1093**

dismiss third-party complaint on June 11, 2008, and that the deadline for filing dispositive motions should be extended from June 10, 2008 to June 11, 2008 solely for the purpose of that motion.

DATED this 12th day of June, 2008.

| HARPER HAYES PLLC | THORSRUD CANE & PAULICH |
|---|---|
| */s/ Gregory Harper (per email authorization)*<br>Gregory L. Harper, WSBA 27311<br>Attorneys for Plaintiff<br>MacLean Townhomes LLC | */s/ Mark Thorsrud (per email authorization*<br>Mark N. Thorsrud, WSBA 7951<br>Attorney for Defendant/Third-Party Plaintiff<br>Charter Oak Fire Ins. Co. |
| SOHA & LANG, P.S. | COLE, LETHER, WATHEN & LEID, P.C. |
| */s/ Karen Southworth Weaver*<br>Karen Southworth Weaver, WSBA 11979<br>Attorneys for Third Party Defendant<br>First Specialty Insurance Corporation | */s/ Thomas Lether (per phone authorization)*<br>Thomas Lether, WSBA 18089<br>Attorney for Defendant/Third Party Plaintiff<br>Charter Oak Fire Insurance Co. |

**STIPULATION AND ORDER EXTENDING
FILING DEADLINE FOR FIRST SPECIALTY'S
DISPOSITIVE MOTION - 2**
**U.S.D.C. W.D. No.:  CV 06-1093**

## II.   ORDER

Based on the above stipulation, it is ORDERED:

Third-Party Defendant First Specialty Insurance Company may file its motion for summary judgment to dismiss third-party complaint on June 11, 2008.

DATED this 18th day of June, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:
SOHA & LANG, P.S.
    */s/ Karen Southworth Weaver*
Karen Southworth Weaver, WSBA 11979
701 Fifth Avenue, Suite 2400
Seattle, WA 98104
Telephone:  206-624-1800
Facsimile:  206-624-3585
weaver@sohalang.com
Attorneys for Third-Party Defendant First Specialty Insurance Corporation

| Approved as to form; | Approved as to form; |
| Notice of presentation waived: | Notice of presentation waived: |
| | |
| HARPER HAYES PLLC | THORSRUD CANE & PAULICH |
| _____ | _____ |
| Gregory L. Harper, WSBA 27311 | Mark N. Thorsrud, WSBA 7951 |
| Attorneys for Plaintiff | Attorney for Defendant/Third-Party Plaintiff |
| MacLean Townhomes LLC | Charter Oak Fire Ins. Co. |

COLE, LETHER, WATHEN & LEID, P.C.
_____
Thomas Lether, WSBA 18089
Attorney for Defendant/Third-Party Plaintiff
Charter Oak Fire Ins. Co.

**STIPULATION AND ORDER EXTENDING
FILING DEADLINE FOR FIRST SPECIALTY'S
DISPOSITIVE MOTION - 3
U.S.D.C. W.D. No.:  CV 06-1093**