UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MACLEAN TOWNHOMES, LLC, a
Washington limited liability company, as
assignee of American Heritage Builders, a
Washington corporation,

    Plaintiff,

v.

CHARTER OAK FIRE INSURANCE
CO., a foreign insurance company,

    Defendant.

CASE NO. C06-1093BHS

ORDER DECLINING TO
CONSIDER PLAINTIFF'S
MOTION FOR ENTRY OF
FINAL JUDGMENT

This matter comes before the Court on Plaintiff's Motion for Entry of Final Judgment. Dkt. 375. The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby declines to consider Plaintiff's motion for the reason stated herein.

**I. PROCEDURAL AND FACTUAL BACKGROUND**

On August 3, 2006, Plaintiff MacLean Townhomes Inc. filed a complaint for declaratory relief and monetary damages against Defendant Charter Oak Fire Insurance Co. Dkt. 1.

On June 3, 2008, Plaintiff filed a Motion for Summary Judgment Regarding Entitlement to Prejudgment Interest. Dtk. 111. On July 11, 2008, the Court granted Plaintiff's motion and specifically stated that:

ORDER – 1

1    To the extent that Plaintiff obtains a recovery in this case on its claim for
     indemnity coverage against Defendant, it is entitled to interest on that
2    amount calculated from March 3, 2005.

Dkt. 150 at 6.

The case proceeded to a bench trial on Plaintiff's claims for coverage and bad faith. On November 24, 2008, the Court entered final judgment against Charter Oak in the amount of $202,955.80.

On December 23, 2008, Defendant filed a Notice of Appeal. Dkt. 339. On January 5, 2009, Plaintiff filed a Notice of Cross Appeal. Dkt. 345.

On June 4, 2009, Plaintiff filed a Motion for Entry of Final Judgment. Dkt. 375. On June 15, 2009, Defendant responded. Dkt. 376. On June 16, 2009, Plaintiff replied. Dkt. 377.

## II. DISCUSSION

The filing of a notice of appeal divests the district court of jurisdiction. *Scott v. Younger*, 739 F.2d 1464, 1466 (9th Cir.1984) (citing *Long v. Bureau of Economic Analysis*, 646 F.2d 1310 (9th Cir.), *judgment vacated on other grounds*, 454 U.S. 934, 102 S. Ct. 468, 70 L. Ed. 2d 242 (1981); *Smith v. Lujan*, 588 F.2d 1304 (9th Cir. 1979)).

In this case, the parties have filed notices of appeal of the Court's final judgment. Therefore, the Court is divested of jurisdiction over this action and declines to consider Plaintiff's motion.

However, since the Court by oversight omitted making a calculation for a sum certain based upon the July 11, 2008 and the November 24, 2008 judgments, Plaintiff or Defendant may apply for the appellate court's leave for this Court to correct a clerical mistake, oversight or omission in the final judgment. *See* Fed. R. Civ. P. 60(a).

## III. ORDER

Therefore, it is hereby

**ORDERED** that the Court **DECLINES TO CONSIDER** Plaintiff's Motion for Entry of Final Judgment (Dkt. 375).

DATED this 1st day of July, 2009.

 

BENJAMIN H. SETTLE
United States District Judge

ORDER – 3